IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRA HAUTE DIVISION

|  |  |  |
|---|---|---|
| WESLEY IRA PURKEY, | ) ) | |
| Petitioner, | ) ) ) | No. ___ |
| v. | ) ) ) | SCHEDULED FOR EXECUTION<br>**July 15, 2020** |
| WARDEN OF USP TERRE HAUTE<br>MICHAEL CARVAJAL, WILLIAM<br>BARR | ) ) ) ) | |
| Respondents. | ) | |

## **NOTICE OF RELATED ACTION**

Petitioner Wesley Purkey, by and through counsel, and pursuant to District of Indiana Local Rule 40-1(d)(2)(A), hereby notifies the Court of a related action pending before Chief Judge Magnus-Stinson, *Purkey v. Barr*, No. 2:19-cv-00517-JMS-DLP (S.D. Ind. filed Oct. 28, 2019) ("*Bivens* case").

On July 9, 2020, Mr. Purkey's counsel moved to stay Mr. Purkey's *Bivens* case before Judge Magnus-Stinson pending resolution of Mr. Purkey's current incompetency to be executed pending in the D.C. District Court in *Purkey v. Barr, et al.*, No. 1:19-cv-03570 (TSC) ("*Purkey DC Ford* Matter"). The *Purkey* DC *Ford* Matter alleges that Mr. Purkey is incompetent to be executed and that carrying out his execution while he is incompetent would be unconstitutional under the Eighth Amendment and the Fifth Amendment's Due Process Clause. *See Ford v. Wainwright*, 477 U.S. 399 (1985); *Panetti v. Quarterman*, 551 U.S. 930 (2007); *Madison v. Alabama*, 139 S.Ct. 718 (2019). *Purkey* DC *Ford* Matter. That same day, Chief Judge Magnus-

Stinson stayed further proceedings in the *Bivens* action pending the outcome of the *Purkey* DC

*Ford* Matter and any further order from the Court. *See* Minute Order, July 9, 2020 ECF No 71.

Mr. Purkey's *Bivens* case is related to the instant 28 U.S.C. § 2241 habeas corpus petition

and Mr. Purkey's Motion to Stay His Execution because (1) all the Respondents in each case are

the same and (2) the cases require resolution of the same set of facts—Mr. Purkey's

incompetency is squarely at issue in both cases. *See* SDIN Local Criminal Rule 12-2(1).

Throughout their pleadings related to the motion to dismiss and *pro se* motion for preliminary

injunction, Defendants have cited to the *Purkey* DC *Ford* Matter litigation and extensively

quoted from the *Ford* pleadings that Mr. Purkey does not have a rational understanding of why

the government plans to execute him, and that his claims in this lawsuit are evidence of his

incompetency.  *See* Defs.' Brief in Support of Mot. to Dismiss, ECF No. 38 at 28 ("In a pending

lawsuit . . . in which Purkey seeks a judgment declaring him incompetent to be executed, Purkey

admits that the specific allegations of retaliation made in *this* lawsuit are the product of a

'delusional understanding of his execution' – an understanding that Purkey has 'consistently

maintained . . . since he was provided with an extension warrant on July 25, 2019.' *See Purkey v.

Barr, et al.*, No. 1:19-CV-03570-TSC (D.D.C.), Dkt. 1 at ¶ 34"); Dkt. 67 at 4 ("On November

26, 2019, Mr. Purkey, by counsel, filed a Complaint against Attorney General Barr and BOP

Director Sawyer in the District Court for the District of Columbia . . . on the basis that he is

mentally incompetent . . . Specifically, his attorneys claim that Purkey has 'deep and sustained

delusions' around what he believes to be a 'campaign of retaliation towards him' by employees

at the United States Penitentiary – Terre Haute (ECF No. 1 ¶ 84; *see also* ¶ 107 ('Mr. Purkey's

ability to work with his present counsel has also been severely encumbered by his delusion-based

belief that they are conspiring with prison officials to have him executed in retaliation for filing

grievances and lawsuits challenging the conditions of death row.'")); Dkt. 69 ("In a recent filing related to the pending [sic] motion for preliminary injunction, Purkey's appointed attorneys reiterated that Mr. Purkey is incompetent and suffers from a 'fixed and false belief that the government wants to execute him in retaliation for his legal advocacy.' (ECF No. 62.)."

On July 14, 2020, Mr. Purkey filed a Motion to Stay Execution in the *Bivens* case before this Court because this Court already has issues pending related to Mr. Purkey's competency, arising out of the ongoing *Purkey* DC *Ford* Matter. *See Bivens* case (S.D. In. July 14, 2020), ECF No. 80. That same day, Judge Magnus-Stinson presiding over the *Bivens* case, ordered that if Mr. Purkey "is directed to bring a *Ford* claim in a § 2241 petition in this Court, then he must file a *Ford* claim in a § 2241 petition in this Court.  The instant motion must be brought in that action, when and if it is filed."  Order *Bivens* case (S.D. Ind. July 14, 2020), ECF No. 83. Today, on July 15, 2020, "[g]iven the need to expediently resolve Mr. Purkey's pending motion for preliminary injunction in this action and the preliminary resolution of Mr. Purkey's other claim," the Court lifted the stay, granted in part and denied in part Defendants' motion to dismiss and denied Mr. Purkey's motion for a preliminary injunction.  Order, ECF No. 84.

Mr. Purkey's DC *Ford* Matter has been dismissed for lack of jurisdiction because his only course for relief is through 28 U.S.C § 2241 and this case is now properly before this Court. Both the Defendants and the matter are related and "the handling of both cases by the same judge is likely to result in an overall saving of judicial resources" which is particularly critical in this case where Mr. Purkey's execution is scheduled immediately and Judge Magnus-Stinson is already aware of and considering the underlying claims. *See* SDIN Local Criminal Rule 12-2(2).

DATED:  July 16, 2020                              Respectfully Submitted,

/s/Charles F.B. McAleer, Jr.
Charles F.B. McAleer, Jr. (DC Bar
#388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone:  (202) 626-5963
Email:  CMcAleer@milchev.com

/s/Brian Fleming
Brian Fleming (DC Bar #974889)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone:  (202) 626-5871
Email:  bfleming@milchev.com

/s/Rebecca E. Woodman
Rebecca E. Woodman (*pro hac vice*)
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone:  (785) 979-3672
Email:  rewlaw@outlook.com

*/s/Michelle M. Law*
Michelle M. Law, MO Bar No. 45487
(appointment motion to be filed)
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone:  (417) 873-9022
Facsimile:  (417) 873-9038
Email:  michelle_law@fd.org

***Counsel for Plaintiff***

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, I electronically filed Petitioner's Notice of Related Action with the Clerk of the Court via CM/ECF to be served on the parties authorized to be noticed.

/s/Charles F.B. McAleer, Jr.