UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00365-JRS-DLP |
| | ) | |
| WARDEN, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**Order Directing Parties to File Supplemental Memoranda**

The parties are directed to brief two issues: (1) whether there has been a "'substantial threshold showing'" of incompetence to warrant a competency hearing and (2) whether the Court should deny the motion for preliminary injunction based on Mr. Purkey's failure to bring this action originally as a § 2241 petition. Each party **shall have through 4:05 a.m. today, July 16, 2020**, to file their briefs as directed.

**IT IS SO ORDERED.**

Date: 7/16/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov