IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRA HAUTE DIVISION

|  |  |
|---|---|
| WESLEY IRA PURKEY, **)**<br>**)**<br>Petitioner, **)**<br>**)**<br>v. **)**<br>**)**<br>WILLIAM BARR, *et al.*, **)**<br>**)**<br>Respondents. **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** | 2:20-cv-00365-JRS-DLP<br><br>SCHEDULED FOR EXECUTION<br>**July 16, 2020 at 4:30 a.m.** |

A district court, a circuit court, and four justices all agreed that Mr. Purkey met *Panetti's* threshold showing and that Mr. Purkey's claim was not core habeas and that the claim was properly brought in Washington DC. As the four justice dissent noted "the Government has not come close to showing that the District Court erred in finding Purkey likely to succeed on the merits of his *Ford* claim and his

request for a competency hearing." Slip 4. Further, the four justice dissent observed that "it is thus undisputed that there is a District Court in which Purkey may properly pursue his *Ford* claim and his request for a competency hearing." Slip 3. Further, the dissent noted that "the Government does not appear to dispute that Purkey may advance his competency claims in a U. S. C. §2241 proceeding filed in the Southern District of Indiana. It identifies no procedural barriers to such a suit." Slip Op. 2-3 (Sotomayor, J., Dissent).

Mr. Purkey has a meritorious constitutional issue. He must have a forum to litigate it.

Respectfully Submitted,

/s/Rebecca E. Woodman
Rebecca E. Woodman (Court appointed)
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone: (785) 979-3672
Email: rewlaw@outlook.com

/s/Michelle M. Law
Michelle M. Law, MO Bar No. 45487
(Court appointed) (*pro hac vice*)
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Facsimile:  (417) 873-9038
Email: michelle_law@fd.org

/s/Charles F.B. McAleer, Jr.
Charles F.B. McAleer, Jr. (DC Bar
#388681) (*pro hac vice* motion to be filed)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com

/s/Brian Fleming
Brian Fleming (DC Bar #974889) (*pro hac
vice* motion to be filed)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5871
Email: bfleming@milchev.com

**Counsel for Petitioner**