(ORDER LIST:  591 U.S.)


THURSDAY, JULY 16, 2020


ORDER IN PENDING CASE


20A10        BARR, ATT'Y GEN., ET AL. V. PURKEY, WESLEY I., ET AL.


       The application for stay or vacatur presented to The Chief
Justice and by him referred to the Court is granted. The District
Court's July 15, 2020 order granting a preliminary injunction is
vacated.