**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 19-03570 (TSC) |
| | ) | |
| WILLIAM P. BARR, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**Declaration of Rae Milburn**

I, Rae Milburn, declare the following:

1. I am an employee of the Federal Bureau of Prisons at USP Terre Haute and am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities.

2. Attached as Exhibits 1 and 2 are true and correct copies of two records maintained by USP Terre Haute. These records were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by a person with knowledge of those matters; were kept in the course of regularly conduct business activity of USP Terre Haute; and were made by USP Terre Haute as a regular practice.

3. Exhibit 1 is a request by inmate Wesley Purkey for his medical records from January 1, 2020, to March 27, 2020. The record shows that, on March 27, 2020, a BOP medical records employee provided 45 pages of the records requested with no exclusions.

-2-

4.      Exhibit 2 is a request by inmate Wesley Purkey for his medical records from January 1, 2017, to September 26, 2019. The record shows that, September 30, 2019, I provided 288 pages of the records requested with no exclusions.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on __7.3.20__

Rae Milburn
Health Information Technician
FCC Terre Haute

Exhibit 1

# Medical Records

Turkey 14679-045
SCU 2/27/20

Pursuant to Medical Policy
I am Requesting copies of my
Medical Records for the past
90 Days from January 1, 2020
through March 27, 2020!
Thank you!

cc: file

J. ROBINSON-HIT
FCC TERRE HAUTE
Complete 3-27-20
45 pages
O exclusions

# Exhibit 2

Health Services

Ms. Attebury
Medical Records

Turkey 14679-045
Scu A - 413

I would appreciate Receiving my Medical Records absent the materials Dealing with the 24 hr period I wore the cardiology device from Jan/2017 to Date - Thank You

Sept 26, 2019

9.30.19
See attached. Ø excursions
288 pages

R. Milburn, H.I.T.
FCC Terre Haute