UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WESLEY IRA PURKEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 2:20-cv-00365-JRS-DLP |
| | ) |
| WARDEN, et al. | ) |
| | ) |
| Respondents. | ) |

**Order Directing Stay of Execution**

The Court has considered the relevant factors and finds that a short stay of execution is warranted while the Court considers Mr. Purkey's petition and motion for preliminary injunction. Accordingly, the respondent is **preliminary enjoined** from executing Mr. Purkey absent further order of the Court. The Court does not anticipate this stay being in place for more than 1 hour without a further order.

**IT IS SO ORDERED.**

Date: 7/16/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT
rewlaw@outlook.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov