# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **WESLEY IRA PURKEY,**<br><br>　　Petitioner,<br><br>　　v.<br><br>**WARDEN OF USP TERRE HAUTE, UNITED STATES OF AMERICA,**<br><br>　　Respondents. | CIVIL ACTION<br><br>Case No.: 2:20-cv-00365-JRS-DLP<br><br>DEATH PENALTY CASE EXECUTION SCHEDULED FOR July 16, 2019<br>4:30 a.m. EST<br><br>**NOTICE OF APPEAL** |

　　Wesley Ira Purkey hereby gives notice of his appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment filed in this action on July 16, 2019, dispensing of the claim and request for a stay of execution.

　　Respectfully submitted this 16th day of July, 2020.

　　　　　　　　　　　　　　　　　　Rebecca E. Woodman
　　　　　　　　　　　　　　　　　　Attorney at Law, L.C.
　　　　　　　　　　　　　　　　　　1263 W. 72nd Ter.
　　　　　　　　　　　　　　　　　　Kansas City, Missouri 64114
　　　　　　　　　　　　　　　　　　(785) 979-3672
　　　　　　　　　　　　　　　　　　Email: rewlaw@outlook.com

　　　　　　　　　　　　　　　　　　<u>By s/Rebecca E. Woodman</u>
　　　　　　　　　　　　　　　　　　Counsel for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2020, I electronically transmitted the foregoing Notice of Appearance to the Clerk's office using the CM/ECF System for filing.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By s/Rebecca E. Woodman

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **WESLEY IRA PURKEY,**<br><br>　　Petitioner,<br><br>　　v.<br><br>**WARDEN OF USP TERRE HAUTE, UNITED STATES OF AMERICA,**<br><br>　　Respondents. | CIVIL ACTION<br><br>Case No.:<br><br>DEATH PENALTY CASE EXECUTION SCHEDULED FOR July 16, 2019<br>4:30 a.m. EST |

## PETITIONER'S DOCKETING STATEMENT

Pursuant to Seventh Circuit Rule 3(c)(1) Petitioner submits this docketing statement for his appeal.

## JURISDICTION OF THE DISTRICT COURT

The District Court had jurisdiction over this matter under 28 U.S.C. § 2241 and 28 U.S.C. § 1651.

## JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the order of the United States District Court for the Southern District of Indiana on July 16, 2020 denying the motion for stay. The Court of Appeals has jurisdiction pursuant F.R.A.P. 8, 28 U.S.C. § 2241 and 28 U.S.C. § 1651 (all writs), and 28 U.S.C. § 1292. The notice of appeal was filed on July 16, 2020.

## PRIOR or RELATED APPEALATE PROCEEDINGS

Pursuant to the Seventh Circuit Rule 22(a), Wes Purkey, filed an appeal before the U.S. Court of Appeals for the Seventh Circuit. *See Purkey v. United States*, No. 19-3318, 2020 WL 3958442 (7th Cir. July 13, 2020) (denying Respondent-Appellees' motion for reconsideration).

Respectfully submitted this 16th day of July, 2020.

                                      Rebecca E. Woodman
                                      Attorney at Law, L.C.
                                      1263 W. 72nd Ter.
                                      Kansas City, Missouri 64114
                                      (785) 979-3672
                                      Email:  rewlaw@outlook.com

                                      <u>By s/Rebecca E. Woodman</u>
                                      Counsel for Petitioner

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of July, 2020, I electronically transmitted the foregoing Notice of Appearance to the Clerk's office using the CM/ECF System for filing.

By s/Rebecca E. Woodman