# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 30, 2020

To:
Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
104 U.S. Courthouse
Terre Haute , IN 47807

| | |
|---|---|
| No. 20-2280 | WESLEY IRA PURKEY,<br>Petitioner - Appellant<br><br>v.<br><br>WARDEN, USP TERRE HAUTE, et al.,<br> Respondents - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:20-cv-00365-JRS-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:          No record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                    **Received by:**

_____7/30/2020_____                    _____
                                                     Deputy Clerk, U.S. District Court

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 16, 2020

*By the Court:*

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No. 20-2280 | WESLEY IRA PURKEY, Petitioner - Appellant |
| | v. |
| | WARDEN, USP TERRE HAUTE, et al., Respondents - Appellees |

| **Originating Case Information:** |
| --- |
| District Court No: 2:20-cv-00365-JRS-DLP |
| Southern District of Indiana, Terre Haute Division |
| District Judge James R. Sweeney |

Petitioner-Appellant filed this appeal of a district court order denying a stay of execution of his sentence and filed motions seeking a stay of execution pending appeal. Appellant's sentence has been carried out rendering the motions and the appeal moot. Accordingly,

**IT IS ORDERED** that all pending motions are **DENIED** and this appeal is **DISMISSED** as moot.

form name: **c7_Order_BTC**(form ID: **178**)