UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY IRA PURKEY,                          )
                                            )
                    Petitioner,             )
                                            )
            v.                              )          No. 2:20-cv-00365-JRS-DLP
                                            )
WARDEN, et al.                              )
                                            )
                    Respondents.            )

### Order Dismissing Action as Moot

Petitioner Wesley Ira Purkey filed this 28 U.S.C. § 2241 petition seeking to prevent the
United States from executing him. The Court denied Mr. Purkey's motion to stay execution, and
the United States carried out the execution. There is no relief available, so this action is moot.
*See McClendon v. Trigg*, 79 F.3d 557, 559 (7th Cir. 1996) (habeas petition becomes moot with
death of petitioner). The action is therefore **dismissed**. Final judgment shall enter.

   **IT IS SO ORDERED.**

Date: 10/12/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov